IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Cincom Systems, Inc., | ) | CASE NO. 1: 05 CV 00152 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| Novelis Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 12, 2007, this Court granted in part the motion of plaintiff Cincom Systems, Inc. motion for summary judgment and denied the motion for summary judgment filed by defendants Novelis Corporation and Alcan Corporation.

Pursuant to a Joint Stipulation As To Damages Only, entered into on July 26, 2007, the parties stipulate that plaintiff's damages in this action total $459,530.

It is hereby,

ORDERED, that final judgment be entered in the total amount of $459,530 in favor of plaintiff, Cincom Systems, Inc. and against defendant, Novelis Corporation, with pre and post judgment interest calculated from July 30, 2003, as provided by law.

SO ORDERED.

_/s/ Susan J. Dlott_
JUDGE SUSAN J. DLOTT

2129533.1